THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT A. WEISER,<br><br>           Plaintiff,<br><br>     vs.<br><br>EVERGREEN INTERNATIONAL S.A., PANAMA, a foreign corporation,<br><br>           Defendant. | No.:   CV 10-5883-BHS<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 11, 2012** |

     IT IS HEREBY STIPULATED between Plaintiff, ROBERT A. WEISER, and Defendant EVERGREEN INTERNATIONAL S.A., PANAMA, through their counsel of record, that all claims between them in this matter have been resolved and may be dismissed by this Court with prejudice and without costs to any party.

     DATED this 11th day of October, 2012.

HESTER LAW GROUP, INC. P.S.

/s/ *Brett A. Purtzer* (per e-mail authority)
Brett A. Purtzer, WSBA #17283
Attorneys for Plaintiff Robert A. Weiser

NICOLL BLACK & FEIG PLLC

/s/ *Christopher W. Nicoll*
Christopher W. Nicoll, WSBA #20771
Attorneys for Defendant Evergreen International S.A., Panama

CV10-5883 BHS: STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE – Page 1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## ORDER

IT IS ORDERED that the above captioned lawsuit be and hereby is DISMISSED WITH PREJUDICE and without any award of fees or costs to any party.

DATED this ___ day of _____, 2012.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

HESTER LAW GROUP, INC. P.S.

/s/ *Brett A. Purtzer* (per e-mail authority)
Brett A. Purtzer, WSBA #17283
Attorneys for Plaintiff Robert A. Weiser

NICOLL BLACK & FEIG PLLC

/s/ *Christopher W. Nicoll*
Christopher W. Nicoll, WSBA #20771
Attorneys for Defendant Evergreen International S.A., Panama

CV10-5883 BHS: STIPULATED MOTION AND
ORDER OF DISMISSAL WITH PREJUDICE – Page 2

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# DECLARATION OF SERVICE

I, Christopher W. Nicoll, hereby declare and state as follows:

I am a citizen of the United States and a resident of Washington State; I am over the age of eighteen years and not a party to the within action; my business address is Nicoll Black & Feig PLLC, 1325 Fourth Avenue, Suite 1650, Seattle, Washington 98101.

On October 11, 2012, I caused to be served the

**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**

in the within matter by arranging for a copy to be delivered on the interested parties in said action, in the manner described below, addressed as follows:

| | |
|---|---|
| Brett A. Purtzer, WSBA No. 17283<br>Hester Law Group, Inc., P.S.<br>1008 South Yakima Avenue, Suite 302<br>Tacoma, WA  98405<br>Phone: 253-272-2157<br>Fax:    (253) 572-1441<br>Email: **brett@hesterlawgroup.com** | ☐ VIA HAND DELIVERY<br>☐ VIA FACSIMILE<br>☒ VIA U.S. MAIL<br>☒ VIA E-MAIL |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 11, 2012, at Seattle, Washington.

                                                */s/ Christopher W. Nicoll*
                                                Christopher W. Nicoll

CV10-5883 BHS: STIPULATED MOTION AND
ORDER OF DISMISSAL WITH PREJUDICE – Page 3

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515